C. H. Lefler, appellant, v. Board of School Inspectors of the City of Peoria and School District No. 150, Peoria County, Illinois, appellee. Gen. No. 7,883.

670

Opinion filed April 11, 1928.

C. H. Lefler, *pro se*, for appellant; Clyde Capron, of counsel. H. D. Morgan, for appellee.

Mr. Justice Boggs delivered the opinion of the court.